**Motion Granted in Part; Order filed April 18, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-01167-CV
_____

**CATHY X. CLARK, ROSS A. CLARK AND HUA XU, Appellants**

**V.**

**CHARLES HAMMOND III, Appellee**

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2012-43081**

## ORDER

Appellants have filed an unopposed motion to direct the district clerk to file legible copies of portions of the original record. The motion is granted in part. *See* Tex. R. App. P. 34.5(d) ("If the clerk's record is defective or inaccurate, the appellate clerk must inform the trial court clerk of the defect or inaccuracy and instruct the clerk to make the correction.")

Accordingly, the Harris County District Clerk is directed to file a supplemental clerk's record within fifteen (15) days of the date of this order,

containing legible copies of Exhibits E, F, G, J and P to the affidavit of Robert S. Bennett (CR 156-172, 177-181, 191-192). In accordance with Rule 34.5(h), the clerk may consult with the parties concerning the contents of the clerk's record. *See* Tex. R. App. P. 34.5(h).

If more legible copies are not available, the district clerk is directed to file a supplemental clerk's record containing a certified statement to that effect and the parties should avail themselves of procedures under Rule 34.5(f) or 34.2. *See* Tex. R. App. P. 34.5(f) and 34.2.

PER CURIAM